IN THE MATTER OF BABY M., A PSEUDONYM FOR
AN ACTUAL PERSON.

November 21, 1986.

Motion for leave to appeal by Mary Beth and Richard White-
head is denied to the extent that it seeks relief from the orders
of the trial court on temporary custody and the barring of
certain expert testimony; and it is further

ORDERED that leave to appeal is otherwise granted, and the
order barring movants from being present in the courtroom
during the testimony of Mrs. Stern on her medical condition and
prohibiting counsel from discussing and conferring with mov-
ants on matters related to that issue is summarily reversed;
provided, however, that neither movants nor their counsel shall
be permitted to disclose the medical information obtained in

depositions pending the trial of this matter. Jurisdiction is not retained.